# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TROY K. SCHEFFLER,**

      **Plaintiff,**

v.                                                  Case No: 6:23-cv-1634-PGB-DCI

**MICHAEL J. CHITWOOD,
JOHN DOE and VOLUSIA
COUNTY, FLORIDA,**

      **Defendants.**

_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of August 29, 2023 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on September 18, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties