UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Troy K. Scheffler,**
       **Plaintiff,**

v.                                        Case No: 6:23-cv-1634-PGB-DCI

**Michael J. Chitwood, et al,**
       **Defendants.**

_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 09/13/2023

*[signature]*

Troy K. Scheffler
Plaintiff Pro Se
26359 Shandy Trl.
Merrifield, MN 56465
763-225-7702
troyscheffler@gmail.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

Troy K. Scheffler,

               Plaintiff(s),

vs.

Michael J. Chitwood, et al.,

               Defendant(s).

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No.
**6:23-cv-1634-PGB-DCI**

I hereby certify that on 09/13/2023, I caused the following documents:

Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03; Notice of Pendency of Other Actions,

to be mailed by first class mail, postage paid, to the following:

Michael J. Chitwood 123 W. Indiana Ave., Deland, FL 32720

Volusia County 123 W. Indiana Ave., Deland, FL 32720

09/13/2023

_____
John Hoyt