UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TROY K. SCHEFFLER,

    Plaintiff,

v.                                      CASE NO.: 6:23-CV-1634-PGB-DCI

MICHAEL J. CHITWOOD, et al,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

PLEASE TAKE NOTICE of the appearance of W. Kevin Bledsoe, Esquire, Deputy County Attorney as co-counsel for Michael J. Chitwood and Volusia County, Florida. The primary and secondary electronic mail addresses for Mr. Bledsoe are: kbledsoe@volusia.org; mefird@volusia.org.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of Court via CM/ECF e-filing system and a copy sent via U.S. Mail to Troy Scheffler, 26359 Shandy Trail, Merrifield, MN 56465 on November 16, 2023.

                                      /s/ W. Kevin Bledsoe
                                      W. Kevin Bledsoe, Esq.
                                      Deputy County Attorney
                                      Florida Bar No.: 0029769
                                      123 W. Indiana Avenue
                                      DeLand, Florida 32720
                                      (386) 736-5950
                                      kbledsoe@volusia.org / mefird@volusia.org