IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
AT ORLANDO
Case No. 6:23-cv-1634-PGB-DCI

**Troy K. Scheffler,**

Plaintiff,

v.

**Michael J. Chitwood,**
*In his individual and official*
*capacity for actions*
*under color of law as the*
*Volusia County Sheriff,*

**John Doe,**
*In his individual capacity for actions*
*under color of law as an Employee of*
*Volusia County,* and

**Volusia County, Florida,**
*A political subdivision,*

Defendants.

**CIVIL COMPLAINT**
**FIRST AMENDED**
**JURY TRIAL DEMANDED**
*(Smooth Version)*

## INTRODUCTION

Plaintiff Troy K. Scheffler sues parties named for actions under color of

law concerning Section 1983 actions including the 1st and 14th Amendments.

This action follows the defendants unlawfully suppressing Plaintiff's

protected speech on their official Facebook account; a public forum.

## JURISDICTION

1.     Plaintiff states claims that arise under the Constitution and laws of the

United States.

1

2.      28 U.S.C. §§ 1331 and 1343(a)(4) vest subject matter jurisdiction in this

Court.

3.      Plaintiff and Defendants reside in different states and damages are in

excess of $75,000 in which Plaintiff also sues under diversity jurisdiction per

28 U.S.C. § 1332.

4.   This court has supplemental jurisdiction over any Plaintiff claims under

Florida law per 28 U.S.C. § 1367.

## VENUE AND PARTIES

5.      Plaintiff is an adult man domiciled in the State of Minnesota at 26359

Shandy Trl, Merrifield, MN 56465.

6.      Defendant Michael J. Chitwood is an elderly man employed with

Volusia County as Sheriff and his office is located at 123 W. Indiana Avenue,

DeLand, FL 32720.

7.      Defendant Chitwood is sued in his official capacity for actions under

color of law as Volusia County Sheriff for policy and custom enactment and

individually for directive and direct action for the claims asserted.

8.      Defendant John Doe is an unidentified employee of Volusia County.

9.      Defendant John Doe is sued in his individual capacity for actions under

color of law as an employee of the Volusia Sheriff's Office.

10.    Defendant Volusia County who shall be in effect in this complaint are a political subdivision of the State of Florida, with their seat of government located at 123 W. Indiana Ave., DeLand, FL 32720.

11.    Volusia County shall answer to claims made in the acts of their employees and Defendants Michael Chitwood in his official capacity per *Monell* due to culture, practice, and policy they have established.

## FACTS

12.    Defendant Chitwood has been acting as a Sheriff for Volusia County, but he takes his marching orders largely from Jewish officials and donors.

13.    Sheriff Chitwood on occasion has solicited others to acquire "child porn" for his consumption on his computer.

14.    Sheriff Chitwood on occasion dresses up in women's clothes as a drag dancer in seedy alcohol establishments.

15.    That Chitwood has sent younger men emails discussing "semen dribbling down their mother's legs" and asked to join the young men.

16.    That Chitwood posts pictures of men in their underwear on his social media pages including one where one man is about to grope another man's penis.

17.    That Chitwood ran an infantile political campaign where he distributed pacifiers stating "Mike Chitwood Hurt My Feelings"; in complete hypocrisy of his crusade against political flyers which hurt Jews' feelings.

18.    That Chitwood orders his deputies to harass people of color and based on nationality.

19.    That Chitwood uses his official platform for political gain to intimidate and defame people by violating fundamental precepts of due process.

20.    Chitwood unlawfully misappropriates Volusia County resources outside of Volusia County for political gain such as his staged media stunt at an airport outside Volusia County to "Welcome" Richard Golden after having him arrested for "Written Threats to Kill or Injure" (FS 836.10) and extradited to Volusia County following merely making a post.

21.    The post Golden allegedly made did not remotely constitute a credible threat that Golden was going to kill or injure, but was 1st Amendment protected speech suggesting that a clear domestic enemy to the Constitution (Chitwood) be removed using the 2nd Amendment; Golden otherwise clearly qualified the post as a joke.

22.    That Chitwood regularly violates Volusia Sheriff's Office "General Orders", most often "Oath and Code of Ethics", "Standards of Conduct" and "Biased Based Policing", but even "Use of Force" and goes as far to exercise double standards on carrying an unsanctioned and impractical service weapon, a revolver, with the sole purpose of it being a cosmetic accessory to feign misplaced "Dirty Harry" nonsense; placing himself and the public at unnecessary risk.

4

23.    That this reckless attitude is shown by his statements that his deputies must place themselves at risk through highly unpopular limp-wristed so-called "de-escalation" techniques, a deemphasis on firearm training and weapons training (placing deputies at increased risk) due to it appearing "military"-later stating he was "In charge of the army" while expressing animus towards military veterans, and ultimately firing a deputy who criticized Chitwood, claiming his deputies don't have "First Amendment Rights"; ultimately expressing his feelings about his deputies, "Fuck 'em.  I got a job for four years, if they don't like it, get out".

24.    His disregard to safety has even resulted in *two* incidents where he was struck by vehicles while riding his bicycle; at least one of which he turned into shameless media publicity.

25.    That Chitwood has staged arrests of individuals to promote his political campaign which not only unjustly expended public resources, but placed the public, his deputies, and other law enforcement officers at risk.

26.    That said stunts included an arrest where Chitwood involved himself in an alleged Highway Patrol chase where he stated he "just happened to be at" while conveniently also holding an interview via phone with the "Dru Garabo" show which he left his phone on during the whole stop so it would play live; unsurprisingly the show was about Chitwood gushing over Jews and stating that he would fight any criticism of them.

5

27.     That a post of the alleged incident was posted on the Volusia County Sheriff's Office Facebook page the same day, approximately 2.5 hours after the alleged incident, with multiple edited bodycam videos, helicopter footage, all edited into the radio show's own video.  https://fb.watch/lYbXkEOwKp/

28.     That such an effort, if legitimate, would have required Chitwood to not have just told the hosts he needed to terminate the call instead of conveniently leaving the call on during the show; but, having numerous vehicles *immediately* return to their respective departments post haste, without any on-scene winddown and debriefing amongst fellow officers, and upload the videos and get them to the production group; have the proprietary video encoded into an editable format; somehow retrieve the talk show's video sometime after 5:51PM by downloading it; download and encode helicopter footage; edit down at least 18 minutes of video that the production team would have had to watch in its entirety to pare it down to only the relevant portions; do the same with each department's videos;  put every clip into sequence; then encode the final edit; then upload the final edit onto Facebook complete with a typed description of events and a plug for the radio show...notwithstanding the time planning and coordinating the effort along with authorization to release BWC under VSO General Order GO041-20 V.N(2).

29.     That this publicity stunt was in all respects violative of VSO General Order GO041-20 V.N(2) as it was not a "legitimate Law Enforcement purpose".

30.     That it would be literally impossible to not have staged this incident, at least in part, to be able to release this video within 2.5 hours of the alleged incident (which is why one of the bodycam timestamps is wildly out of sync with the others and the helicopter footage lacks a timestamp altogether) without astronomical costs to the public in manpower for what is nothing more than a typical Chitwood publicity production.

https://www.facebook.com/watch/?v=1247254032811698

31.     That following the incident, the radio show host homoerotically stated that he was "throbbing" over what he described as "pure unadulterated man" who has him "turned on".

32.     That this incident was planned for Chitwood, by Chitwood, to manipulate the public for political gain by unlawfully expending county resources and placing the public and law enforcement at risk.

33.     Three years into being sheriff, Chitwood was involved in an active fire incident where he recklessly charged into a scene (without a vest and carrying a short-barreled revolver), disregarding cover to the point that other deputies needed to demand he "get back" because he was so utterly oblivious

of safety concerns; placing himself and his deputies at great risk.

https://www.youtube.com/watch?v=Dowd5oEFBZs

34.    That Chitwood's reckless and staged antics have continued to the latest occurring on 07/06/2023 where he was involved in a felony pursuit while in a county vehicle when he was using it for personal use.

35.    That he demanded to be the one to box the car in and then recklessly take point, without vest, approach the vehicle, and clumsily removed the "suspect" with one arm and one hand occupied, placing himself, his deputies, and the public in danger; he subsequently bizarrely took his free hand to fondle the suspect's buttocks while the man was being handcuffed by three deputies and had his underwear exposed.  https://youtu.be/m2ewuDMWj90

36.    That Chitwood expends far more resources providing services and focus towards the Jewish community than any other ethnic group in Volusia County.

37.    That Chitwood expends far more time and resources per capita protecting the Jewish community than any other ethnic group in Volusia County.

38.    That while people of other ethnicities are being murdered and violently assaulted, Chitwood focuses on protecting Jews from public scrutiny, e.g., words.

39.    That Chitwood has made it a primary responsibility of Volusia County to protect the Jewish community at large from truthful criticism.

40.    That Chitwood is so enthralled by Jews and serving a foreign nation that he was given the "Guardian of Israel" award by the Jewish foreign country of their loyalty, Israel.

41.    That Chitwood was a key proponent in pushing the 1st Amendment anathema House Bill 269 making "littering" literature stating demonstrable facts about Jews a felony.

41.    That Jews in the Florida and United States Legislature are wildly overrepresented.

42.    That Governor DeSantis signed House Bill 269 while in a foreign nation, Israel.

43.    That this is the second time that DeSantis signed a bill in Israel protecting Jews from truthful criticism by disregarding the United States Constitution.

44.    That Jews have wildly overrepresented power over state and federal governments in the United States.

45.    That DeSantis' top donor is Jew Jeffrey S. Yass.

46.    That Chitwood's top donors are Jews.

47. That Chitwood has taken unlawful campaign contributions (including from his own father Michael Chitwood, Sr) and has unlawfully used public resources to campaign.

48. That 8 of 10 of President Joseph Biden's donors are Jews.

49. Jews represent approximately 2% of the United States population.

50. That racist Jewish organizations such as the Anti-Defamation League have actively promoted censorship nationwide and have actively worked with Florida and United States government entities to curtail the rights of the citizenry to publicize the crimes of Jews.

51. That the ADL was formed in 1913 as a response to the lynching of Leo Frank, a pedophile Jew, who raped and killed a White girl, Mary Phagen, and falsely blamed it on a Black man.

52. That Yael Hershfield is the ADL's Florida Southern Division Law Enforcement Division Director who gives marching orders to numerous Law Enforcement officials such as Chitwood.

53. That no other ethnic special interest group in Florida or the United States wields as much influence over law enforcement as Jews.

54. That the attorney General of the United States Merrick Garland, who falsely and baselessly claims, in wild contradiction to Federal Crime Statistics, Whites as "The greatest terror threat to the United States", is Jewish.

55.     That Plaintiff's attention was drawn to the numerous political media stunts made by Chitwood and HB 269 as they began making national news.

56.     Plaintiff noticed Chitwood attempting to publicly bully, harass, and defame members of the "Goyim Defense League" in one of his numerous disingenuous news conferences.

57.     Plaintiff immediately noticed that Chitwood appeared mentally challenged and overly dramatic and clearly entering a feeble geriatric stage suffering late-stage midlife crisis.

58.     Plaintiff noticed that on a regular basis Chitwood would tell falsehoods to the public such as Volusia County being canvased with flyers stating "Death to all Jews" and that he and others were on a "hit list".
https://www.news-journalonline.com/story/news/local/volusia/2023/06/14/volusia-sheriff-mike-chitwood-to-mail-pacifiers-to-hate-group/70312729007/

59.     That Chitwood has openly stated that peaceful criticism of Jews is not 1st Amendment protected with a particular focus on censoring public knowledge of the Jewish practice of baby penis sucking, "metzitzah b'peh".
https://abcnews.go.com/Health/baby-dies-herpes-virus-ritual-circumcision-nyc-orthodox/story?id=15888618

60.  Chitwood made patently absurd remarks such as formerly supporting Donald Trump as president but had to step back due to Trump embracing "extremists" and "Neo Nazis".

61.  Chitwood is a strong supporter of illegal immigration. https://www.pbs.org/newshour/nation/how-a-pro-trump-county-elected-a-pro-immigrant-reformer-as-sheriff

62.  That Trump's top donor was a Jew, Sheldon Adelson; no different than Barack Obama's, Jeffrey Katzenberg and Irwin Jacobs.

63.  That Trump's daughter is married to Jew Jared Kushner.

64.  Trump was constantly swarmed by Jews, recognized Jerusalem as Israel's capitol, passed a law mandating the United States pay Israel billions upon billions of dollars every year (despite them having a higher standard of living than the USA), recognized the illegal settlements in the Golan Heights, gave millions upon million for "Holocaust™" indoctrination, continued the over decade tradition of giving Jewish groups over 90% of "Homeland Security" grants, etc.

65.  That Israel has a higher standard of living than the United States, but has received far more foreign aid from the U.S. than any other.

66.  That Trump like all other mainstream politicians swear fealty to Israel by groveling to AIPAC (a Jewish organization that brags about controlling the United States congress) as can be seen in countless videos.

67.     That due to Chitwood's ridiculous fabrications, Plaintiff began looking into the GDL more as Chitwood claimed that they were spreading lies about Jews through their leafleting and flyers.

68.     That said flyers can be found at https://gtvflyers.com/

69.     That despite having hyperbolic titles, the flyers are easily researched and verified as substantially true, sans some names understandably being outdated.

70.     Some of the flyers were incomplete such as "Every Single Aspect of the Covid Agenda is Jewish" lacking Scott Gottlieb, a Jew, who conveniently retired from the FDA to join the Board of Pfizer, a Jewish owned and operated company, mere months before "Covid-19" hit the United States; Pfizer of course landing the vast majority of "vaccine" government contracts.

71.     The same flyer lacks updates such as the CDC's Rochelle Walensky, a Jew, recently being replaced by another Jew, Mandy Cohen.

72.     That many major Jewish conspiracies perpetrated upon the American public aren't even covered by the flyers

73.     Countless financial crimes and banking scandals, the latest major one being Jew Sam Bankman-Fried and FTX isn't covered by the flyers nor are other scams such as used car donation so-called nonprofits which were not disclosed as specifically funding Jews; Kars4Kids, etc.

74.     The flyers fail to cover the Jewish Mafia that dwarfs the Italians to this day.

75.     Jews suing prayer out of school, suing to defeat federal law against dual citizenship,

76.     Another pressing degenerate conspiracy constantly perpetrated by Jews is their manipulation of Blacks through the centuries by agitating them against Whites and otherwise exploiting them for profit; this being a common tactic by Jews to gain power and influence in a host nation that they are a small minority by agitating larger ethnic groups to fight each other ("Divide and Conquer").

77.     That Jewish slum lords are well known amongst Blacks in New York, but their subversion is less known with such things as Al Jolson being the Jew who invented "Black Face" which Jews falsely blame Whites for.

78.     "Blaxploitation Films" in the 1970's were made by Jewish producers such as Jerry Gross to parody blacks and profit off demeaning them and exacerbating negative stereotypes which they later blamed Whites for harboring.

79.     That Jews have dominated the sports industry, making billions off of Black athletes while keeping them out of ownership and executive roles such as current Jewish NBA Commissioner Adam Silver and his predecessor David Stern.

80.    That Jews dominate the degenerate TV and Radio tabloid talk show ("Trash TV") genre which has the main theme of mocking and exploiting both Blacks and Whites such as Maury Povich, Jerry Springer, Ricki Lake, Howard Stern, Sally Jessy Raphael, etc.

81.    In fact, Jews have been so entrenched into manipulating Blacks as a cudgel against Whites that they pioneered Civil Rights, pushed "Hate Crimes", Stanley Levison was Martin Luther King's handler, staged Rosa Parks, ran the NAACP all the way up to 1975 when Jew Kivie Kaplan died and the NAACP got a Black President, and Jew David Ginsburg was the executive director of the "Kerner Commission" that aimed at getting Blacks dependent on welfare so as to control them as a voting bloc.

82.    Jews have even sought to have Blacks murder themselves by Jew William Sanger radicalizing his wife Margaret Sanger into founding what would become Planned Parenthood.

83.    That Chitwood himself has criticized Black politicians such as Rep. Webster Barnaby for trying to protect their communities from Jewish promoted degeneracy such as transgenderism.

84.    That Chitwood has callously in response to concern by the Black community over an arrest, disregarded the community by mockingly stating "If you don't like it - sue me. Or run for sheriff and try to beat me".

85.    That this racial agitation has culminated into a misplaced visceral balkanization and hatred of Whites resulting in relentless violence and replacement as visually portrayed in Devon Stack's "Defiant" https://www.bitchute.com/video/nBCjtSaRYgJk/

86.    That said flyers don't cover the Jewish takeover of the Republican Party through "Neoconservatism" (Trotskyism), formed by Communist and Socialist Jews Max Shachtman, Norman Podhoretz, Irving Krystal, Carl Gershman, Penn Kemble, Joshua Muravchik; also using token Black Bayard Rustin who was a lackey of Jew Stanley Levison and the American Jewish Congress) in an effort to use the party for hawkish mean to fight wars for Israel as they remained firmly entrenched in the Democrat Party to continue push domestic degeneration.

87.    That Jews have advanced hawkish Neoconservatism into foreign policy pressure groups such as the Project for the New American Century; formed by Jews William Kristol and Robert Kagan and through Jews Paul Wolfowitz, Elliott Abrams, and Robert Zoellick fomented the Iraq War on behalf of Israel-costing the United States citizenry trillions of dollars and its sons and daughters (Our so-called "Greatest Ally" gave no assistance-as is always the case).

88.    In fact, the GDL flyers are woefully deficient in exposing the centuries of Jewish born conspiracies down to the "Kosher tax" being put on virtually

every food product consumed by Americans to funnel billions of dollars to Jewish organizations just so Americans can eat.

89.   Plaintiff believes the largest failure of the GDL is their lack of Jewish end times prophecy which to usher in their "Moshiach" ("Antichrist" in the Bible) that they must destroy "Amalek" and break down all nations to be controlled by the Moshiach from Israel.

90.   That it is mainstream belief that Amalek is considered harbored inside White Christian people due to supposed unjust persecution of Jews by the Romans who then adopted Christianity followed by the NSDAP and other pogroms in Europe.

91.   That many Jews believe to destroy Amalek, they must genocide White people; this is where their "Never again" phrase is calling for an absolute incapability of Whites to ever oppose them again and their "Tikkun Olam" which is what provoked the persecution in the first place.

92.   That Jews openly state that their culture and the West are incompatible; this reality is demonstrably clear and is further emphasized by the fact that they state that if Israel were to become diverse and multicultural by non-Jews (Goyim) that their culture would be destroyed- Obviously, the inverse is true when they infiltrate other nations.

93.   That literally every degeneracy in the West is spearheaded by Jews from usury to open borders to homosexuality to transgenderism.

17

94.    That the high trust culture of the West is entirely incompatible with the conniving demanded by the Jewish Talmud and this treachery is on full display for anyone who wishes to see; including demanding that a Jew lie for another Jew in Court at the expense of a gentile to allowing robbery, theft, tax fraud, retaining stolen property of a gentile, and immunity to tort damages against a gentile. (Bava Kamma)

95.    That due to the incessant lies from both Chitwood and the Jewish community, Plaintiff began posting in protest and grievance on the Official Volusia County Sheriff's Office Facebook page.

96.    That after numerous posts, Plaintiff began to notice that the "comment count" was not reflecting the visible post count on many threads began by the Sheriff's Office.

97.    That Plaintiff later discovered that Chitwood and John Doe under Chitwood's direction, were deleting and hiding Plaintiff's posts that were critical of Chitwood or Jews.

98.    That on 02/28/2023, Plaintiff did post a comment on the Volusia County Sheriff's Office post, dated 02/27/2023, concerning "*WARNING* This video includes footage of explicit and offensive neo-Nazi hate speech; Volusia County, Central Florida Rallying Against Hate".

99.    That said post stated,

"So, here's the reality: jews absolutely control Hollywood and the degeneracy it produces. All one has to do is pull out their movie collection and see who the executive producers are. jews also have a clamp down on network television. The vast majority of shows spreading degeneracy have jewish executive producers. Pornography is dominated by jews. Social media and its censorship from YouTube to Facebook are controlled by jews. In fact, jewish investment firms ousted gentile Jack Dorsey after he hesitated to ban Alex Jones. Blackrock, run by a jew, virtually owns the majority of shares in every major corporation in America. Magnus Hirschfeld, a jew, brought transgenderism to the West. Sigmund Freud, a Jew, brought adultery to the West. Edward Bernays, a jew, brought government subversion through propaganda to the West. Rampant demographic replacement in the USA was brought to this country by Emmanuel Celler, a jew. Communism was brought to the West by Karl Marx, a jew. The Bolshevik Revolution and every other bloody communist revolution on the globe wouldn't have occurred if not for jews. Ron Desantis signed a bill in israel which decimated the 1st Amendment prohibiting demonstrably true facts about jews. Ron Desantis and every president and otherwise mainstream federal politician has groveled to AIPAC, a jewish organization. Every main polititian and bureacrat in the USA pushing for WWIII and Ukraine on behalf of Zalensky, is either jewish or their top donors are jews including Biden to Lindsay Graham. All of Biden's kids are married to jews along with Kamala Harris. Virtually every food product you buy in the USA gived money to Union Kosher to then lobby for and distribute billions of dollars to jews. jews have ran as Treasury Secretary or Federal Reserve Chair or both as long as I've been alive and now we are laden with hopeless amounts of debt. We give israel, an ethnostate, more money than all others while they boast a higher standard of living, free housing, free advanced degrees, free healthcare, etc. Paul Wolfowitz is a jew and ran the Iraq war over Netenyahu's lies about WMDs as israel, our supposed "Greatest Ally" did literally nothing to assist us no different than every other war they've dragged us into. After massacring thousands upon thousands, Wolfowitz became President of the World Bank until he was ousted for sexual misconduct no different than jews Epstein to Weinstein to Franken etc etc etc The entirely jewish Frankfurt school brought the West "Critical Theory" aka CRT. The jewish Talmud justifies pedophilia to murder of non-jews, calls gentiles "animals", promoted lying to gentiles even in COURT. The ADL was founded to cover for Leo Frank, a convicted pedophile and murderer. Anne Frank's diary was proven to be a fraud. Trotskyism now known as neoconservatism is entirely a jewish machination; Trotsky, aka Lev Bronstein, was a jew. Modern presidents wear kippahs and show israel fealty at the "wailing wall". Kapporot is a jewish

blood rite that tortures and massacres animals and is practiced in the USA despite laws prohibiting animal abuse. Yes, jewish orthodoxy has rabbis placing their mouths on baby genitalia. jews control the AP writing style guide that demands reporters capitalize every race other than White. jews stole the USA's nuclear tech and gave it to the Soviets. jews recently stole more tech and sold it to the Chinese. Trump and Obama's top donors were jews. Trump's daughter is married to a jew. Biden's cabinet is locked down by jews from Blinken to Mayorkas to Yellen, etc etc etc jews are the presidents of the majority of Ivy League schools which are only serving to radicalize our youth. jews sued prayer from schools. Stanley Levison was a jew. Soros to the Rothchilds are jews. Britain banned jews for over 300 years and over a hundred other nations have too FOR THE SAME REASONS OVER AND OVER. ETC ETC ETC. Oh and NEVER FORGET THE USS LIBERTY. These are easily verifiable truths. jews are less than 2% of the USA's population, so save me this nonsense Sheriff that somehow jews are the victims when they control literally every American institution along with the Volusia County Sheriff's Dept... This isn't hate, this is reality."

100.   That the facts stated by Plaintiff in his post are demonstrably and easily verifiably true.

102.   That Plaintiff made his post in protest, expression, and grievance against Chitwood and Volusia County.

103.   That after said post, John Doe, under direction of Chitwood, did hide Plaintiff's post from the public forum.

104.   That at the same time and same reason Plaintiff did post, "If this is so 'explicit and offensive', why is it ok for you to post it?"

105.   That this post was also removed by John Doe, under the direction of Chitwood.

106.   That on 03/24/2023, Plaintiff did post a comment in protest, expression, and grievance against a repost on Volusia Sheriff's Office Facebook page

which was originally posted by Chitwood on 03/17/2023 containing a video and message which claims said video "is vile and racist".

107.   Said message continued stating that $9,000 was "raised" by selling "T-shirts and mugs", but it is unclear who provided the capital or where the profits went.

108.   The post continued to assert that the man in the video was "pathetic white [sic] supremacist scum".

109.   That Plaintiff's post stated,

"So, here's the reality: jews absolutely control Hollywood and the degeneracy it produces. All one has to do is pull out their movie collection and see who the executive producers are. jews also have a clamp down on network television. The vast majority of shows spreading degeneracy have jewish executive producers. Pornography is dominated by jews. Social media and its censorship from YouTube to Facebook are controlled by jews. In fact, jewish investment firms ousted gentile Jack Dorsey after he hesitated to ban Alex Jones. Blackrock, run by a jew, virtually owns the majority of shares in every major corporation in America. Magnus Hirschfeld, a jew, brought transgenderism to the West. Sigmund Freud, a Jew, brought adultery to the West. Edward Bernays, a jew, brought government subversion through propaganda to the West. Rampant demographic replacement in the USA was brought to this country by Emmanuel Celler, a jew. Communism was brought to the West by Karl Marx, a jew. The Bolshevik Revolution and every other bloody communist revolution on the globe wouldn't have occurred if not for jews. Ron Desantis signed a bill in israel which decimated the 1st Amendment prohibiting demonstrably true facts about jews. Ron Desantis and every president and otherwise mainstream federal politician has groveled to AIPAC, a jewish organization. Every main polititian and bureacrat in the USA pushing for WWIII and Ukraine on behalf of Zalensky, is either jewish or their top donors are jews including Biden to Lindsay Graham. All of Biden's kids are married to jews along with Kamala Harris. Virtually every food product you buy in the USA gived money to Union Kosher to then lobby for and distribute billions of dollars to jews. jews have

ran as Treasury Secretary or Federal Reserve Chair or both as long as I've been alive and now we are laden with hopeless amounts of debt. We give israel, an ethnostate, more money than all others while they boast a higher standard of living, free housing, free advanced degrees, free healthcare, etc. Paul Wolfowitz is a jew and ran the Iraq war over Netenyahu's lies about WMDs as israel, our supposed "Greatest Ally" did literally nothing to assist us no different than every other war they've dragged us into. After massacring thousands upon thousands, Wolfowitz became President of the World Bank until he was ousted for sexual misconduct no different than jews Epstein to Weinstein to Franken etc etc etc The entirely jewish Frankfurt school brought the West "Critical Theory" aka CRT. The jewish Talmud justifies pedophilia to murder of non-jews, calls gentiles "animals", promoted lying to gentiles even in COURT. The ADL was founded to cover for Leo Frank, a convicted pedophile and murderer. Anne Frank's diary was proven to be a fraud. Trotskyism now known as neoconservatism is entirely a jewish machination; Trotsky, aka Lev Bronstein, was a jew. Modern presidents wear kippahs and show israel fealty at the "wailing wall". Kapporot is a jewish blood rite that tortures and massacres animals and is practiced in the USA despite laws prohibiting animal abuse. Yes, jewish orthodoxy has rabbis placing their mouths on baby genitalia. jews control the AP writing style guide that demands reporters capitalize every race other than White. jews stole the USA's nuclear tech and gave it to the Soviets. jews recently stole more tech and sold it to the Chinese. Trump and Obama's top donors were jews. Trump's daughter is married to a jew. Biden's cabinet is locked down by jews from Blinken to Mayorkas to Yellen, etc etc etc jews are the presidents of the majority of Ivy League schools which are only serving to radicalize our youth. jews sued prayer from schools. Stanley Levison was a jew. Soros to the Rothchilds are jews. Britain banned jews for over 300 years and over a hundred other nations have too FOR THE SAME REASONS OVER AND OVER. ETC ETC ETC. Oh and NEVER FORGET THE USS LIBERTY. These are easily verifiable truths. jews are less than 2% of the USA's population, so save me this nonsense Sheriff that somehow jews are the victims when they control literally every American institution along with the Volusia County Sheriff's Dept... This isn't hate, this is reality."

110.   That every averment made by Plaintiff in said post is easily verifiably true.

111.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

112.   That also on 04/02/2023, Plaintiff did make a comment on the Volusia Sheriff's Office Facebook post made on 03/31/2023 which shamelessly advertised an infantile "Sheriff Chitwood Bobblehead".

113.   Said post stated, "What on earth is a neo-nazi?"

114.   This post was in response to a Facebook user named Kimberly Maldonado who commented to Warren Troy Feist, "He's not advertising himself and the only thing he HAS advertised is merch against the neo-nazis and the proceeds went to a great cause" which was n response to Feist's, "Don't get me wrong I'm a big fan of the Sheriff.  But is it turning into a click thing with these sheriff's?  It seems like a few sheriff's in Florida are all about the spotlight".

115.   That Plaintiff not only was genuinely inquiring with Maldonado, but also making grievance, expression and protest publicly to the misplaced and absurd term, "Neo-Nazi"; a term Chitwood has often misused.

116.   That on 04/02/2023, Plaintiff posted a comment on Volusia Sheriff Office's Facebook post dated 03/27/2023 titled, "Sheriff Mike Chitwood welcomes Richard Golden to Florida".

117.  Said post stated,

"So, let me get this straight... White people have to suffer beratement and lies by jewish media 24/7 and its just addressing systemic systems of "White" supremacy in a country that used to be well over 90% White and Whites are just supposed to just keep getting abused, but the second jews get a piece of "hate" paper they can just throw away and no longer have to deal with it, the world must stop for a population that represents less than 2%? Sounds like systems of jewish supremacy when balding old codger sheriff's misuse taxpayer money not only extraditing a person over a post that the sheriff LITERALLY invited and said didn't bother him at all, but uses tax money to leave his jurisdiction to intimidate a handcuffed individual while wearing a gun and having a battalion of others to defend him... How many jewish media outlets did you coordinate with considering all the mics you were wearing? If you are not a jew yourself, you're certainly a traitor. So, why don't you address REAL threats like the fact that blacks massacre WELL OVER TWICE the amount of Whites than Whites kill of blacks? Oh that's right, you're part of the jewish power structure that is agitating blacks to keep the killing going while jewish Merrick Garland and jewish Blinken claim Whites are the greatest terror threat and that Whites are overrepresented in power when its actually jews; who coincidentally are somehow "White" when it suits them in hiding behind the curtain and somehow an oppressed jewish minority when it suits them in avoiding criticism acting like perpetual victims..."

118.  That in said post, "Blinken" is referring to the United States Secretary

of State who enjoys lying about his father's fake "Holocaust" story where he is

rescued by a "Black tanker in the Bavarian woods"; there were no Black

tankers in the Bavarian woods.

119.  That Plaintiff made this post in public protest, expression, and

grievance that Chitwood was hypocritically expending inordinate resources

and attention towards the Jewish community.

120.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

121.   Plaintiff made further comment on the post replying to Lisa Waldman, stating, "Wrong... Hate "incidents" which is basically people just calling jews, jews." Which followed Waldman's, "do you realize that the Jewish population in the US is only 2.4% but yet gets 54% of all hate crimes? So yes let's help out to stand up against hate".

122.   Plaintiff made this public post in expression, grievance, and protest against this continued Jewish victimhood canard that Chitwood also asserts.

123.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

124.   Plaintiff made further comment on the post replying to Dale Ann Clark with "The only thing worse than "racism"™ is the 1st Amendment..." in response to Clark stating, "God bless you, Sheriff Chitwood! Racism is intolerable. Threatening life deserves jail time."

125.   That this response was made in public protest, expression and grievance, against Chitwood and others who call the natural instinct of human beings to be around those most like them (tribalism) "racism", but only when Whites prefer to be around their own.

126.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

127.   Plaintiff made further comment on the post replying to Sandy Serpa stating "Pretty sure you don't know what an internet troll is" which was in response to her incessantly posting "Troll Detected" memes.

128.   Plaintiff again responded to Serpa's spamming with "You're insufferably obnoxious".

129.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

130.   Plaintiff made further comment on the post replying to Melissa Reilly stating, "Reported to whom and for what? Did you call chitwood to arrest him for the 1st Amendment? I doubt chitwood will do anything if it isn't related to jews" after she had posted "Brian Marshall and you've been reported get off this page troll".

131.   Plaintiff posted this in public protest, expression, and grievance against censorship in general and Chitwood's direct attacks on the 1st Amendment.

132.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

133.   That on 04/02/2023 made a comment made on 04/02/2023 upon the Volusia County Sheriff's Office Facebook page 04/01/2023 recruitment post.

134.   Said post stated, "So is this position working for the county or just for jews like the sheriff does?"

135.   That said post was made by Plaintiff in public protest and grievance that Chitwood was expending inordinate resources and attentions towards the Jewish community.

136.   That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

137.   That on 07/23/2023, Plaintiff did post on the aforementioned 03/27/2023 post by Volusia Sheriff's office.

138.   That said post was in response to John Piraino stating "My wife's ex has been threatening to shoot & kill me and her over child custody and having to pay child support. He lives in Volusia County and the police didn't care anything about it and we have it all in text messages from him. This coming from a guy who has already had gun charges for threatening someone with a gun" of which Plaintiff replied, "You must not be jewish".

139. That said post was made by Plaintiff in public protest and grievance that Chitwood was expending inordinate resources and attentions towards the Jewish community.

140. That shortly after making said post, that John Doe, under the direction of Chitwood, did delete and/or hide the post from public view.

141. That on 07/23/2023, Plaintiff did post on the Volusia Sheriff's office page a post critical of Jews identical to the one posted on 02/28/2023, but with a different account than the previous posts.

142. That Plaintiff then discovered that Volusia County, Chitwood, and John Doe were employing a filter to automatically remove from the public posts that were critical of Jews.

143. That on 07/23/2022 and 07/24/2023, Plaintiff made some benign test posts and discovered that Volusia County, Chitwood and John Doe had blocked his account from making public posts; that they were now being defaulted into a "hidden" status.

## CLAIMS

### I. U.S. 1983; 1st Amendment

144. That Plaintiff reincorporates and realleges the aforementioned facts.

28

145. That Defendants, Chitwood and John Doe, under color of law, did in fact hide and delete comments individually and collectively from the Volusia Sheriff's Office Facebook page that Plaintiff had posted on numerous occasions including, but not limited to posts made on 02/28/2023, 03/24/2023, 04/02/2023 (Three instances), and 07/23/2023 (Two instances).

146. That Plaintiff, while making these posts, was lawfully participating in protected speech.

147. That Plaintiff's posts were made on a government facilitated, managed, and public forum.

148. That by deleting or hiding Plaintiff's posts, defendants were unlawfully denying him his right to openly and publicly protest, express, make grievance, and otherwise make grievance with regard to the acts, conduct, and standing of the government.

149. That all named defendants acted under a common goal and with actions as accomplices to each other and conspiratorially.

150. That Chitwood as department head was aware and supported the violations of Plaintiff's rights and otherwise directly participated.

151. That Chitwood has expended County resources without protest by Volusia County to attack free speech.

152.   That all defendants did participate in the blocking of Plaintiff's account from making public posts.

153.   That Plaintiff suffered damages including emotional distress at the hands of defendants Chitwood, John Doe and including liability against Volusia County as made in a *Monell* claim as enumerated infra.

154.   That Plaintiff seeks compensatory damages in an amount to be determined by a jury.

155.   Plaintiff seeks damages jointly and severally from all named defendants.

156.   Plaintiff seeks punitive damages.

## II.    U.S. 1983; 14th Amendment

157.   Plaintiff realleges and reincorporates the aforementioned facts.

158.   That Defendants, under color of law, Chitwood and John Doe, did in fact hide and delete comments from the Volusia Sheriff's Office Facebook page that Plaintiff had posted on numerous occasions including, but not limited to posts made on 02/28/2023, 03/24/2023, 04/02/2023 (Three instances), and 07/23/2023 (Two instances) and ultimately placed a ban on Plaintiff's account.

159.   That Plaintiff, while making these posts, was lawfully participating in protected speech.

160.   That Plaintiff's posts were made on a government facilitated, managed, and public forum.

161.   That by deleting or hiding Plaintiff's posts, defendants Chitwood and John Doe were unlawfully denying him his right to openly participate on the County's social media when he sought to publicly protest, express, make grievance, and otherwise make grievance with regard to the acts, conduct, and standing of the government.

162.   That Chitwood and John Doe precluded Plaintiff equal opportunity to participate as the rest of the public posting who were not having their posts deleted or hidden.

163.   That Chitwood and John Doe precluded Plaintiff equal opportunity to participate as the rest of the public posting who did not have their account entirely blocked from making public posts.

164.   That Chitwood and John Doe acted under a common goal and with actions as accomplices to each other and conspiratorially.

165.   That Chitwood as department head was aware and supported the violations of Plaintiff's rights and otherwise directly participated.

166.   That defendants Chitwood and John Doe precluded Plaintiff equal opportunity to participate as the rest of the public posting and no having their posts deleted or hidden.

167.   That Plaintiff suffered damages including emotional distress at the hands of each named defendant including liability against the Volusia County and Chitwood in his official capacity as made in a *Monell* claim as enumerated infra.

168.   Plaintiff seeks punitive damages from all defendants as their actions were malicious in nature.

168.5 That Chitwood via the "X" account (Formally known as Twitter" @SheriffChitwood has expressed animus towards Plaintiff and his posts along with criticizing Plaintiff for seeking justice through the Courts as emphasized in his 09/20/2023.

169.   That Plaintiff seeks compensatory damages in an amount to be determined by a jury.

170.   Plaintiff seeks damages jointly and severally from all named defendants.

### III.   *Monell* and Liability towards Volusia County and Chitwood (Claims enumerated I-II)

171.   That Volusia County and Chitwood have established a persistent pattern and practice of violating a person's 1st and 14th Amendment Constitutional rights.

172.   That policy makers, department heads, and employees have taken a hostile stance against the 1st and 14th Amendment.

173.   That time and time again county wide from the Board to department to department, and Sheriff's Office, there is a hostility to the 1st and 14th Amendment.

173.1 That under information and belief, Volusia County hosts the Sheriff's Office webpage.

173.2 That Volusia County's main webpage states the Sheriff's Office is a "division" of Volusia County.

173.3 That Volusia County has a direct link to the Sheriff's Office from their main page.

173.4 That the Sheriff's Office imbeds social media on their .gov page.

173.5 That on 11/25/2023, months after the arrest, Chitwood has a "Tweet" from now "X" (Formally known as Twitter" displayed and featured on the

main page of https://www.volusiasheriff.gov/ which was originally posted 03/27/2023.

173.6 That said post, hyperlinked to @SheriffChitwood, baselessly invokes "neo-Nazis" to pander to and impassion Jews.

173.7 Said post states that Chitwood has an "outspoken" stance against "hate".

173.8 That "hate" in this context is newspeak for criticism of Jews and the Volusia County and Sheriff Chitwood's overly zealous protection of criticism of Jewish supremacy in Florida and county-wide and is otherwise exclusively used to shutdown grievances from White people.

174.9 That Chitwood and Volusia County have made countless social media posts, including numerous in the aforementioned, in an effort to find a paucity of examples of "hate", but only exclusively including White perpetrators when the vast majority of examples available to them and personally experienced by deputies in his office are anti-White action and pejorative use.

174.   That Volusia County and its Sheriff's Office has developed a culture of violating a person's 1st and 14th Amendment Constitutional rights.

174.3 That Volusia County and Chitwood have made it abundantly clear that Jews are to be treated and protected as a special class above and beyond other ethnicities by their words, actions, press releases, radio appearances, public conventions, and County and Sheriff's office memoranda.

174.5 That this unequal classification and attention has promoted disproportionate investigations and resources, and effected deputies in their protective responses to Jewish criticism that would otherwise be ignored such as is ignored (many times misrepresented) wildly disproportionate non-White violent crime and criticism against Whites in Volusia County, Florida at large, country-wide, and globally (Literally every Westen nation has disproportionate violence and hostility directed at Whites as evinced by Volusia's own crime data, Florida's own crime data, Federal crime data, and literally every other Western nation's crime data).

175.   That Volusia County and Chitwood have shown special racial deference to Jews at the expense of other's Constitutional rights which has clearly evolved into an established culture and directly affected the rights of the Plaintiff.

175.5 That Volusia County sets the budget for Chitwood and funds Chitwood's well known efforts and culture of demoralization of Whites, racial

agitation, and disingenuous fear mongering; continuing the funding and promotion for this "outreach" year after year.

175.6 That Volusia County and Volusia County Sheriff's office internal emails show that Jews disproportionately control Sheriff culture and policy such as email directives and training from the "Anti-Defamation League"; ironically based on defamation against a black man to cover the murder of a White adolescent at the hands of a pedophile Jew. The ADL has since been highly controlled and funded by literal Jewish mobsters and other Jewish criminals such as Meyer Lansky being employed to cover Jewish crimes and subversion.

176.   That Volusia County and Chitwood employ a Facebook algorithm to censor, hide, and otherwise delete protected speech inapposite to the 1st and 14th Amendment based upon key words and topics.

177.   That said deployment of the algorithm establishes a pattern and practice and systematic policy of 1st and 14th Amendment suppression.

178.   As a direct result of Defendant Volusia County's and Chitwood's failures and policies as described herein, Plaintiff suffered damages including severe emotional distress, fear, and apprehension.

179.   That the County has invested into Chitwood's actions against the 1st Amendment.

179.5 That Volusia County and Chitwood's actions are malicious in nature and promote unequal protection for certain groups while demonizing others.

179.6 That Chitwood has expressed via his @SheriffChitwood "X" page an animus towards Plaintiff and Plaintiff's social media posts.

180. Plaintiff seeks special, general, punitive and emotional distress damages from Volusia County and Chitwood.

**WHEREFORE**, Plaintiff Troy Scheffler prays for the following relief against the Defendants:

A. Judgment in the favor of Plaintiff against Defendants;

B. Joint and several liability;

C. Punitive damages;

D. Actual/Compensatory damages;

E. Reasonable attorney's fees;

F. Injunctive Relief;

G. Costs and disbursements in accordance with law;

H. Mandamus relief;

I. Statutory and Prejudgment interest in accordance with law;

J. TRIAL BY JURY for damages in excess of $75000; and

K. Such other legal or equitable relief as this court is pleased to grant.

## VERIFICATION

Having reviewed the above complaint, plaintiff Troy Scheffler affirms under

penalty of law that all statements above, excluding those made on

information and belief, are true to the best of Plaintiff's present knowledge.

Date: 11-27-2023

Troy Scheffler
Plaintiff
26359 Shandy Trl
Merrifield, MN 56465
763-225-7702